```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    RAMIRO CASAS-AVILA
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  NO. CR-S-05-321-EJG
                                   )
14              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
15       v.                        )
                                   )
16  RAMIRO CASAS-AVILA,            )  Date: September 30, 2005
                                   )  Time: 10:00 a.m.
17              Defendant.         )  Judge: Edward J. Garcia
                                   )
18  _____)

19
```

20      The United States of America, through Michael Beckwith, Assistant

21  United States Attorney, together with defendant, RAMIRO CASAS-AVILA,

22  through Matthew Bockmon, Assistant Federal Defender, stipulate that the

23  status conference date of September 9, 2005 be rescheduled for

24  September 30, 2005 at 10:00 a.m.

25      This continuance is requested because defense counsel will be out

26  of town on September 9, 2005.

27      The parties agree that the Court should exclude time under the

28  Speedy Trial Act from the date of this order until September 30, 2005

1 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) reasonable time to prepare.
2 (Local Code T4).
3 Dated: September 7, 2005

                                                Respectfully submitted,

                                                QUIN DENVIR
                                                Federal Defender

                                                /s/ Matthew C. Bockmon
                                                _____
                                                MATTHEW C. BOCKMON
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                RAMIRO CASAS-AVILA

Dated: September 7, 2005          MCGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ Matthew C. Bockmon for
                                                _____
                                                MICHAEL BECKWITH
                                                Assistant U.S. Attorney
                                                per telephonic authority

**O R D E R**

    IT IS SO ORDERED that the status conference is now set for September 30, 2005 at 10:00 a.m.

Dated: <u>Sept. 7, 2005</u>

                                                <u>/s/ /Edward J. Garcia</u>
                                                EDWARD J. GARCIA
                                                United States Magistrate Court